IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNEL FRANCISCO, et al.,

    Plaintiffs,                   No. 2:12-cv-0522 LKK DAD PS

    vs.

GREENPOINT MORTGAGE FUNDING    ORDER
INC., et al.,

    Defendants

_____/

    Plaintiffs, proceeding pro se, commenced this action on February 28, 2012, by filing a complaint and paying the required filing fee. (Doc. No. 1.) Accordingly, this matter was referred to the undersigned pursuant to Local Rule 302(c)(21). However, on October 9, 2012, the undersigned signed an order granting plaintiffs' request to substitute attorney Linda Z. Voss into this action on plaintiffs' behalf. (Doc. No. 16.)

    Because plaintiffs are now represented by counsel, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:12-cv-0522 LKK DAD with the "PS" designation being eliminated.[1]

IT IS SO ORDERED.

DATED: October 11, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\francisco0522.referback

---

[1] As opposed to the prior caption, No. 2:12-cv-0522 LKK DAD PS.