UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNEL FRANCISCO and JANETH
FRANCISCO, individuals, on
behalf of themselves and
all others similarly
situated,

        NO. CIV. S-12-522 LKK/DAD

    Plaintiffs,

  v.                            O R D E R

GREENPOINT MORTGAGE
FUNDING, INC., as the
Original Lender, et al.,

    Defendants.
_____/

    Several defendants have filed motions to dismiss and a motion to strike in this foreclosure case. The motions were scheduled to be heard on December 17, 2012. Plaintiffs' oppositions or Statements of Non-opposition were due on December 3, 2012, per E.D. Cal. R. ("Local Rule") 230(c). Plaintiffs, who are now represented by Linda Z. Voss, Esq., did not file any oppositions or Statements of Non-opposition.

1       Accordingly, the court ORDERS as follows:

2       1.   Counsel for plaintiffs is **ORDERED TO SHOW CAUSE** in writing why she should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order dismissing the lawsuit.  Counsel for plaintiffs shall file her written response to this Order To Show Cause within seven (7) calendar days of the issuance of this order.

3       2.   The hearing on the motions to dismiss (Dkts. No. 20, 21, 23, 24 and 25), formerly scheduled for December 17, 2012, is **CONTINUED** to January 14, 2013 at 10:00 a.m.

4       3.   Plaintiffs shall file oppositions or Statements of Non-opposition to defendants' dismissal and strike motions no later than December 21, 2012 at 3:00 p.m.  Defendants shall file their replies, if any, no later than January 7, 2013 at 3:00 p.m.

IT IS SO ORDERED.

DATED: December 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2