UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARNEL FRANCISCO and JANETH FRANCISCO, individuals, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

GREENPOINT MORTGAGE FUNDING, INC., as the Original Lender, et al.,

    Defendants.
_____/

NO. CIV. S-12-522 LKK/DAD

O R D E R

On December 18, 2012, this court ordered counsel for plaintiffs to show cause why she should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order dismissing the lawsuit, for her failure to respond to the various dismissal motions filed against her clients. Ms. Voss has failed to respond to the court's order.

////

1       Accordingly,

2       1.   This matter is dismissed with prejudice in its entirety,

3  for failure to prosecute;

4       2.   The Clerk is directed to close this case.

5       IT IS SO ORDERED.

6       DATED: February 4, 2013.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2